AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Michael Krawitz<br>*Plaintiff*<br>v.<br>Digital Angel Corporation, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.<br>**09-80910-Civ-RYSKAMP/VITUNAC** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Grillo
Chief Executive Officer of Digital Angel Corporation
Digital Angel Corporation
490 Villaume Avenue
South St. Paul, MN 55075

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 19, 2009**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Michael Krawitz
*Plaintiff*
v.
Digital Angel Corporation, et al.
*Defendant*

Civil Action No. **09-80910-Civ-RYSKAMP/VITUNAC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Penni
Chairman of the Board of Digital Angel Corporation
Digital Angel Corporation
490 Villaume Avenue
South St. Paul, MN 55075

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **June 19, 2009**

Steven M. Larimore
Clerk of Court

s/Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Michael Krawitz
*Plaintiff*
v.
Digital Angel Corporation, et al.
*Defendant*

Civil Action No. **09-80910-Civ-RYSKAMP/VITUNAC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael S. Zarriello
10841 East Meadowhill Drive
Scottsdale, AZ 85255

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 19, 2009**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Doris Jones
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Michael Krawitz
*Plaintiff*
v.
Digital Angel Corporation, et al.
*Defendant*

Civil Action No. 09-80910-Civ-RYSKAMP/VITUNAC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John R. Block
2402 Lellah Court
Dunn Loring, VA 22027

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: June 19, 2009

Steven M. Larimore
Clerk of Court

s/Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Michael Krawitz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Digital Angel Corporation, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dennis G. Rawan
129 Perkins St.
Jamaica Plain, MA 02130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: **June 19, 2009**

Steven M. Larimore
Clerk of Court

s/Doris Jones
Deputy Clerk
U.S. District Courts